UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA
U.S. COURTHOUSE
INDEPENDENCE MALL WEST
601 MARKET STREET
PHILADELPHIA, PA 19106-1797

June 25, 2013

Gary Varnavides, Esq.
Sichenzia, Ross, Friedman & Ference, LLP
61 Broadway, 32nd Floor
New York, NY 10006

RE: Longwei Petroleum v. Jon Carnes & Seeking Alpha, Ltd.
CIVIL ACTION NO. 13-1442

Dear Mr. Varnavides:

A review of the Court's records shows that service of the complaint has not been made in the above-captioned action.

In order to eliminate a delay in bringing this case to trial, service must be made by **July 19, 2013**, in accordance with Rule 4(m) of the Federal Rules of Civil Procedure. Proof of service must be filed with the Clerk's Office within five days of service. If service is not made within the time set forth above, the court will dismiss the complaint without prejudice for lack of prosecution.

Very truly yours,

Ronald Vance
Deputy Clerk to Judge Robreno

Civ. 22